[No. 15908-6-III.     Division Three.    February 10, 1998.]

INTERSTATE PRODUCTION CREDIT ASSOCIATION, *Respondent*,
v. LYLE R. MACHUGH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Franklin County, No. 86-2-50125-1, Dennis D. Yule, J., entered June 13, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J. Now published at 90 Wn. App. 650.

[No. 16095-5-III.     Division Three.    February 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
ANDREW RYDHOLM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-02247-3, Neal Q. Rielly, J., entered August 27, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16307-5-III.     Division Three.    February 10, 1998.]

ALLEN L. SCHWENKER, II, *Appellant*, v. ALFRED J.
MENGERT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-07767-1, Paul A. Bastine, J., entered November 20, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.

[No. 16322-9-III.     Division Three.    February 10, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. OSBALDO AVILA
CERRILLO, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-1-00297-9, Kenneth L. Jorgensen, J., entered November 25, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.